IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-00893-MSK-BNB

TIMOTHY ASHFORD,

Plaintiff,

v.

AMERICAN RESIDENTIAL SERVICES, LLC,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **April 24, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated April 10, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge