IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00893-MSK-BNB

TIMOTHY ASHFORD,

      Plaintiff,

v.

AMERICAN RESIDENTIAL SERVICES LLC, a Tennessee corporation, d/b/a ARS of Colorado,

      Defendant.

_____

**ORDER**
_____

      Upon consideration of the parties' Joint Motion for Dismissal With Prejudice **(#86)**, this action is hereby DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees. The clerk is instructed to close this case.

      DATED this 25th day of April 2006.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge